

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-13-00271-CV

Style:      Gregory Tyrone Johnson

     v. Howard Reiner, Successor Administrator, Dorothy Johnson, and Larry Johnson

Date motion filed[*]:      July 22, 2013

Type of motion:      Motion for extension of time to file reporter's record

Party filing motion:      Court reporter

Document to be filed:      Reporter's record

Is appeal accelerated?      No

If motion to extend time:
     Original due date:      April 25, 2013
     Number of previous extensions granted:      0      Current Due date: April 25, 2013
     Date Requested:      July 29, 2013

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due: July 29, 2013

         ☐      The Court will not grant additional motions to extend time absent extraordinary circumstances

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

Judge's signature:    /s/ Jim Sharp
         ☑ Acting individually      ☐ Acting for the Court

Panel consists of      _____

Date: August 1, 2013

November 7, 2008 Revision